IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WANDA ECHEVARRIA | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| CAROLYN W. COLVIN | : | |
| Commissioner of Social Security | : | |
| Defendant | : | No. 15-3277 |

## **ORDER**

AND NOW, this   20th     day of   June   , 2016, after review of the Report and

Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby

ORDERED that:

1.     The Report and Recommendation is APPROVED and ADOPTED; and

2.     Plaintiff's Request for Review is DENIED; and

3.     Judgment is hereby entered in favor of the Commissioner of the Social Security

Administration and against Plaintiff.

BY THE COURT:

_____
Joseph F. Leeson, Jr., J.